IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KARENZA JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>REFOCUS BEHAVIOR, LLC,<br><br>    Defendant. | CIVIL ACTION NO.: 4:21-cv-200 |

**O R D E R**

Plaintiff filed her Complaint initiating this action on July 9, 2021. (Doc. 1.) On November 16, 2021, Plaintiff filed a "Notice of Voluntary Dismissal," in which she states that she dismisses this action with prejudice. (Doc. 13.) While Defendant has apparently been served, Defendant has been granted extended time to file an answer and has not yet done so. (See docs. 8, 10, 12.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to **TERMINATE** any pending motions and to **DISMISS** this case **WITH PREJUDICE**.

**SO ORDERED**, this 18th day of November, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA